IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT A. MCPARTLAND,** | : | Civil No. 1:22-CV-00284 |
| Plaintiff, | : | |
| v. | : | |
| **CHASE MANHATTAN BANK USA, N.A. d/b/a CHASE BANKCARD SERVICES, INC.,** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 4th day of May, 2022, upon consideration of Plaintiff Scott McPartland's motion for a preliminary injunction (Doc. 10), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED.**

IT IS SO ORDERED.

_s/ Sylvia H. Rambo_
SYLVIA H. RAMBO
United States District Judge