IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT A. MCPARTLAND,** | : | Civil No. 1:22-CV-00284 |
| **Plaintiff,** | : | |
| v. | : | |
| **CHASE MANHATTAN BANK USA, N.A. d/b/a CHASE BANKCARD SERVICES, INC.,** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 2nd day of June, 2022, upon consideration of Defendant JP Morgan Chase Bank, N.A.'s motion to dismiss the complaint (Doc. 4), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED** in part as follows: Plaintiff Scott A. McPartland's UTPCPL claim is **DISMISSED** without prejudice to his right to amend the claim within 30 days of the date of this order.

**IT IS SO ORDERED.**

*s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge