IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT A. MCPARTLAND,** | : | Civil No. 1:22-CV-284 |
| **Plaintiff,** | : | |
| v. | : | |
| **CHASE MANHATTAN BANK USA, N.A. d/b/a CHASE BANKCARD SERVICES, INC.,** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

### O R D E R

**AND NOW**, this 4th day of January, 2023, upon consideration of Defendant JP Morgan Chase Bank, N.A.'s partial motion to dismiss the amended complaint (Doc. 20), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Count II of the amended complaint is dismissed without prejudice.

For the final time in this action, McPartland is **GRANTED LEAVE TO AMEND** his claim within 14 days of this order if he has a reasonable basis in fact and law to do so.

**IT IS SO ORDERED.**

*s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge
