IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT A MCPARTLAND,** | : | Civil No. 1:22-CV-00284 |
| Plaintiff, | : | |
| v. | : | |
| **CHASE MANHATTAN BANK USA, NA. t/d/b/a CHASE BANK CARD SERVICES, INC.,** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

## **O R D E R**

**AND NOW**, this 22nd day of August, 2024, upon consideration of Defendants' motion for summary judgment (Doc. 31), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and the claims are **DISMISSED** with prejudice. The Clerk of Courts is directed to close this file.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge